**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-385-FDW**

| | |
|---|---|
| **JIMMY ALLEN ROBERTS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **FRANK L. PERRY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a periodic status review. On July 20, 2017, the Court entered an order granting Plaintiff leave to file an amended complaint. (Doc. No. 12). He has not done so to date. Plaintiff may file an amended complaint within 14 days of the date of this Order, otherwise, the Court will conduct an initial review of the Complaint as originally filed, (Doc. No. 1).

**IT IS SO ORDERED.**

Signed: November 29, 2017

Frank D. Whitney
Chief United States District Judge