# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Jimmy Allen Roberts**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00385-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank L. Perry | ) | |
| Carol Buchannan | ) | |
| Mike Slagle | ) | |
| Lynn Ollis | ) | |
| Eric Hooks | ) | |
| FNU Grear**,** | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 25, 2019 Order.

June 25, 2019

Frank G. Johns, Clerk
United States District Court